620

**RUSSELL v. STATE.**
No. 25151.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged with the offense of driving a motor vehicle while intoxicated. The transcript filed with this Court contains no notice of appeal, without which this Court has no jurisdiction.

The appeal is dismissed.

**MORRIS v. STATE.**
No. 25153.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Conviction is for giving a check in the sum of $12. with the intent to defraud. The punishment was assessed at 9 months in the county jail.

There are no bills of exception and no statement of facts in the record.

The proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.